Your Honor,

Good day, Your Honor. I am writing to you today as a deeply concerned and loving mother. I am asking the court to hear a mother's perspective on my son, Justin, to understand the extraordinary tragedies our family has survived, and to humbly ask for your empathy and mercy during this incredibly painful time in our lives.

As a mother, my greatest joy was raising my children together in a loving home out in the country. Justin, Tricia, and Roy grew up like most country kids, surrounded by dogs, cats, rabbits, chickens, and pigs. They shared a beautiful, close bond. But our peaceful life was shattered when my oldest son, Roy, was involved in a catastrophic car accident that left him paralyzed from the neck down. Justin was only nine years old at the time. In those terrifying first days, Roy was fighting for his life, hooked up to heart monitors, oxygen, and tubes down his throat. Because he didn't want his younger siblings to see him that way, they were kept apart. This uncertainty deeply traumatized Justin, leaving him with severe separation anxiety because he couldn't be near his brother to know he was going to survive.

The hardships didn't stop there. When Justin was thirteen, he accidentally caught Roy's home on fire. As a family, we lost everything and had to squeeze into a tiny trailer in Gerald. It was a devastating time, but Justin found a second family in a group of local farmers—Junior, John, and Roger. Junior took Justin under his wing and selflessly helped him rebuild Roy's home. But tragedy struck us again a few years later. Junior was killed in a horrific fireplace flue accident, burning to death when soot and fire blew out onto him. Not long after that loss, Roger's little son knocked on our door to tell us that his dad and John had been in a terrible car wreck. John survived with a broken back, but Roger died instantly. Watching my son try to process this compounding grief broke my heart. Overtaken by trauma, Justin began drinking heavily and racing cars to escape his pain, resulting in three DWIs. When the court ordered him to treatment, he took it seriously and successfully completed the program. He got a job landscaping that he truly loved, working for a preacher named Jonathan, and we were finally able to move back into Roy's rebuilt home. Then, Justin met Heather. He welcomed her three children as his own, and together they blessed our family with three more beautiful babies: Bexley, Gentry, and Zadie, whom we all adore deeply. Sadly, the relationship became incredibly toxic. Struggling with postpartum weight and deep insecurities, Heather constantly accused Justin of cheating. Their home life turned into a cycle of fighting, jealousy, and broken trust. Eventually, Heather demanded an open marriage. It devastated Justin, but because he loved her and wanted his children to grow up in a complete family, he was willing to try anything.

The relationship grew increasingly unstable. Every two or three months, Heather would call me in a rage, telling me to come pick Justin up because she was done with him. As a mother, I would drive over and bring my son home. Yet, almost every single time, before I could even pull completely into my own driveway, Heather would be right behind me to pick him back up. The emotional torture drove Justin to despair; he started cutting himself, leading to a severe psychological disorder. Heather then demanded he be placed on various medications for depression.

Whenever things escalated, Justin would seek refuge with us. He was under unbearable distress, confiding in his brother, Roy, and his sister, Tricia, about the explicit and deeply

humiliating videos being sent to Heather, and her involvement with other men online. When Roy asked him why he would ever stay with someone who treated him this way, Justin's answer was always the same: "I love her, and I love my kids." He was willing to endure any amount of humiliation if it meant keeping his family together.

Your Honor, underneath all of this trauma and heartbreak, my son has a beautiful soul. He finds his peace in nature. He is an avid hunter and fisherman who loves nothing more than sharing the outdoors with others. He has such a generous, giving heart that his favorite thing to do is take people hunting just to help them get their very first deer and share in that happiness.

Our family—myself, Roy, and Tricia—are standing right here beside Justin. We are entirely ready, willing, and prepared to wrap our arms around him and provide the absolute support, love, and stability he needs to heal during this most difficult time of our lives. He will never be alone.

Justin is a kind, loving, and deeply hurting man who has survived a lifetime of extraordinary loss. As his mother, I am begging the court to have empathy on our family and to please show mercy to my son. Thank you, Your Honor, and God bless you.

Sincerely

Linda Justin's mother