Your Honor,

I am writing to you today as Justin's sister to offer a personal perspective on his life, the profound hardships he has endured, and the unwavering support system standing behind him. Our family is currently facing its most difficult chapter, and we humbly ask the court for empathy and mercy as you consider Justin's future.

Justin and I share a deep bond rooted in a wonderful childhood. We grew up together as kids out in the country, surrounded by animals and the simple routines of farm life. This peaceful upbringing was tragically disrupted when I was nearly eleven and Justin was nine. Our older brother, Roy, survived a catastrophic car crash that left him paralyzed from the neck down. In the early stages of his hospitalization, Roy did not want us to see him dependent on tubes down his throat, oxygen, and heart monitors. The terrifying uncertainty of his survival left a deep psychological mark on Justin, causing him severe separation anxiety whenever he was kept away from Roy.

Tragedy continued to follow Justin. At age thirteen, he accidentally caused a fire that destroyed Roy's home, forcing our family to relocate to a small trailer in Gerald. It was there that Justin bonded with a local farming family—Junior, John, and Roger. Junior became a mentor to Justin and helped him rebuild Roy's house. Shockingly, a few years later, Junior was killed in a horrific fireplace accident when a malfunctioning flue blew soot and fire onto him. Not long after, Roger's young son brought us the devastating news that his father and John had been in a severe car wreck. While John survived with a broken back, Roger died instantly.

Overtaken by sudden grief and compounding trauma, Justin began turning to alcohol to cope, leading to reckless driving and legal trouble. After receiving three DWIs, the court mandated him to substance abuse treatment. Justin committed himself fully to the opportunity and successfully completed the entire rehabilitation program.

With that chapter behind him, we moved back into Roy's home, and Justin built a life around his passion for landscaping, working closely with his boss, Jonathan, who is also a preacher. Justin later entered a relationship with Heather, welcoming her three children and eventually having three more children together: Bexley, Gentry, and Zadie. We adore these children completely. Unfortunately, the relationship became intensely toxic.

Struggling with postpartum body changes and deep-seated insecurities, Heather frequently leveled unfounded accusations of infidelity against Justin. This fostered an environment of constant fighting and mutual distrust, culminating in her demand for an open marriage. Despite his immense heartbreak, Justin agreed to her terms solely out of a desperate desire to keep his children under one roof.

The emotional strain reached a crisis point due to ongoing marital instability, and Justin started cutting himself, leading to a severe psychological disorder. Heather insisted he be put on a rotating cycle of heavy medications for depression. Whenever she forced him out of the house, Justin would seek refuge with us. He was under unbearable distress, confiding in our family about explicit, deeply disturbing videos being sent to Heather, and her involvement with other men online. When Roy asked him why he tolerated such humiliation and mental torture, Justin simply responded that his love for his wife and his children outweighed his own pain. He was willing to endure anything to protect his family unit.

Your Honor, outside of the immense trauma that has plagued his adult life, Justin is a man who finds peace and joy in nature. He is an avid hunter and fisherman who loves nothing more than sharing the outdoors with others. He has a remarkably generous spirit and takes genuine pride in guiding newcomers into the woods, volunteering his time to help people secure their very first deer.

Our family wants to make it absolutely clear to the court that Justin is not alone. We love him unconditionally, and we are standing right beside him, fully prepared and willing to provide a stable, loving environment to support him through this painful time.
Justin is a genuinely kind, loving person who has been broken down by extraordinary hardships. Thank you for your time, your fairness, and your consideration of our family's plea for mercy. God bless you.

Sincerely Tricia