Dear Your Honor,

My name is L[redacted]. I am writing to you today because I want to make sure you get a chance to see who my uncle, Justin, really is outside of a courtroom setting. While I know you have to evaluate him based on the current legal matter, I want to emphasize that my uncle Justin is a good person with a genuinely kind heart.

When I was growing up, my mother went through some incredibly difficult battles with addiction. Because of those circumstances, I frequently ended up in environments that were entirely inappropriate for a young child to experience. I will never forget the day the drug enforcement task force showed up to raid the house where my mother and her boyfriend were living. In the middle of all that chaos, it was my Uncle Justin who stepped up, came to get me, and made sure I was safe.

Ever since then, he has consistently been a protective, reliable, and incredibly supportive presence for me, as well as for my brothers and sisters. He truly is an awesome uncle. When he isn't working, he is a man of faith who loves heading out into nature. Some of the best times of my life have been spent standing side-by-side with him out on the water fishing or out in the woods hunting. On top of being a great uncle, he is a wonderful father. Seeing the bond and the deep affection his own kids have for him tells you everything you need to know about him.

The situation he is in right now does not define his life or represent the man he is to his family. We rely on him immensely, and I personally need him in my life. I humbly ask that you look at his whole life story and show him compassion when deciding his sentence. Thank you very much for taking the time to read my letter.

Sincerely, L[redacted]